Dismissed and Memorandum Opinion filed July 27, 2006








Dismissed
and Memorandum Opinion filed July 27, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00420-CV

____________

 

FORT BEND SURGERY CENTER, INC.,
Appellant

 

V.

 

HOUSTON HOSPITAL SERVICES, INC., Appellees

 



 

On Appeal from County Civil Court
at Law No. 4

Harris County, Texas

Trial Court Cause No. 799,855

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 26, 2006.  On July 20, 2006, the
parties filed a motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
27, 2006.

Panel consists of Justices Hudson, Fowler, and Seymore.